IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01419-REB-BNB

WARNER BROS. ENTERTAINMENT INC., a Delaware corporation;
COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation;
TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; and
LIONS GATE FILMS, INC., a Delaware corporation,

Plaintiffs,
v.

DOES 1 - 10, whose true names are unknown,

Defendants.

---

# ORDER

---

The Court has read all papers filed in connection with Plaintiffs' Motion for Leave to Take Discovery Prior to Rule 26(f) Conference, and considered the issues raised therein, including relevant privacy issues.

IT IS HEREBY ORDERED that the Motion is granted.

IT IS FURTHER ORDERED that Plaintiffs may serve immediate discovery on Adelphia Communications Corp. ("Adelphia"), and/or any other entity that Adelphia informs Plaintiffs was the entity providing network access or online services to the Doe Defendants, by serving Rule 45 subpoenas seeking information sufficient to identify each Doe Defendant, including the name, address, telephone number, email address, and Media Access Control address for each Defendant.

IT IS FURTHER ORDERED that Plaintiffs shall serve a copy of this Order along with any subpoenas issued pursuant to this Order on any entity subpoenaed pursuant to this Order.

IT IS FURTHER ORDERED that if Adelphia or any other entity subpoenaed pursuant to this Order wishes to move to quash the subpoena, it must do so within fifteen (15) days of being served with it.

IT IS FURTHER ORDERED that Adelphia or any other entity subpoenaed pursuant to this Order must give notice to their subscribers that this information is being sought, and that the subscriber shall have an opportunity to raise objections before this Court prior to the return date of the subpoena.

IT IS FURTHER ORDERED that any information disclosed to Plaintiffs in response to the Rule 45 subpoenas may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

Dated August 2, 2005

BY THE COURT:


_____/s/ Boyd N. Boland_____
United States Magistrate Judge

2