**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01419-REB-BNB

WARNER BROS. ENTERTAINMENT INC., a Delaware corporation,
COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation,
TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation, and
LIONS GATE FILMS, INC., a Delaware corporation,

    Plaintiffs,

v.

DOES 1-10,
whose true names are unknown,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

On November 8, 2005, the plaintiffs filed a **Notice of Voluntary Dismissal** [#10].  After careful review of the notice and the file, the court has concluded that the notice should be approved, that plaintiffs' claim against the John Doe Defendants 2, 4-6, and 10 should be dismissed with prejudice, and that plaintiffs' claim against the John Doe Defendants 1, 3, and 7-9 should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Notice of Voluntary Dismissal** [#10], filed on November 8, 2005, is **APPROVED**;

    2.  That plaintiffs' claim against the John Doe Defendants 2, 4-6, and 10 is **DISMISSED WITH PREJUDICE**; with the parties to pay their own attorney fees and

costs; and

    3.  That plaintiffs' claim against the John Doe Defendants 1, 3, and 7-9 is **DISMISSED WITHOUT PREJUDICE**; with the parties to pay their own attorney fees and costs.

    Dated November 8, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge